[Print this page](#)

# Case # PD-1598-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/14/2015 10:40:09 AM |
| Case Number | PD-1598-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | David Pearson |
| Firm Name | David A Pearson P.L.L.C. |
| Filed By | David Pearson |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.09 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $3.34 |

## Payment

| | |
|---|---|
| Account Name | David A Pearson PLLC |
| Transaction Amount | $3.34 |
| Transaction Response | |
| Transaction ID | 6199753 |
| Order # | 003762014-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | PD-1598-14 |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/21/2015 10:33:37 AM | The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. Counsel has 10 days to file a compliant petition. |

## Documents

| *Lead Document* | Crawford Austin PD-1598-CR - merged.pdf.pdf | [Original] |
|---|---|---|

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Charles Mallin coaappellatealerts@tarrantcounty.com | Tarrant County Criminal District Attorney's Office | EServe | Sent | Yes | 01/16/2015 03:06:38 PM |
| Lisa McMinn information@spa.texas.gov | State Prosecuting Attorney | EServe | Sent | Yes | 01/14/2015 02:14:20 PM |